**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 30, 2014

Hon. Luis A. Gonzalez
Hidalgo County Courthouse
Assistant District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Rene A. Guerra
Criminal District Attorney
Hidalgo County Courthouse
100 N. Closner, Room 303
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Victoria Guerra
Law Office of Victoria Guerra
3219 N. McColl Blvd.
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00541-CR
Tr.Ct.No.  CR-2968-11-B
Style:    GRACIELA CASAS ARJONA v. THE STATE OF TEXAS

Dear Sir/Madam:

State's motion for extension of time to file brief in the above cause was this day GRANTED by this Court.  The time has been extended to Wednesday, January 28, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch